UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:09-CR-88 CAS |
| ) | |
| DANIEL HERNANDEZ-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pending before the Court is attorney Saji Vettiyil's motion for leave to appear pro hac vice in the above-captioned cause of action. This motion will be denied without prejudice because Mr. Vettihil has not complied with the Local Rules of this Court. Local Rule 12.01(E) provides:

> The movant attorney shall include as an attachment to the motion for admission pro hac vice a certificate of good standing in the bar of the jurisdiction in which the attorney resides or is regularly employed as an attorney, or other proof of good standing satisfactory to the court.

The attorney is directed to renew his motion with the proper certificate of good standing attached.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Saji Vettiyil's motion for leave to appear pro hac vice is **DENIED** without prejudice. [Doc. 27]

                                                                               _____
                                                                               **CHARLES A. SHAW**
                                                                               **UNITED STATES DISTRICT JUDGE**

Dated this    27th    day of May, 2009.